# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 7853

MAERSK LINE,

                  Plaintiff,

   -against-

AMC USA, INC.,

                  Defendant.

State Of New York, County of New York SS:
**ROBIN RAMSON**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 14TH day of SEPTEMBER 2007, At: 12:55 PM

At: 350 FIFTH AVENUE, NEW YORK, NEW YORK 10118

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **AMC USA, INC.**

**PERSONAL SERVICE ON A LIMITED LIABILITY COMPANY**
A limited liability company, by delivering thereat a true copy to **MATTHEW ROSOLEW (MANAGING AGENT)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: MALE Color: WHITE Hair: BLACK App. Age: 29 App. Ht: 5'7" App. Wt. 180
Other identifying features:

ROBIN RAMSON 956-346

Sworn to before me this
19TH day of SEPTEMBER, 2007

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008