5-638557
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                          Plaintiff,        07 CIV. 7853 (PKC)

                                      DEFAULT JUDGMENT

     - against -

AMC USA, INC.,

                        Defendant.
------------------------------------------------------------X

       This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant AMC USA, INC. on September 14, 2007 by personal service on Matthew Rosolew, Managing Agent, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

       Now, on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

       ORDERED, ADJUDGED AND DECREED that the plaintiff MAERSK LINE have judgment against defendant AMC USA, INC. in the liquidated amount of $62,755.27, with interest at 6% from the respective dates due amounting to $6,015.54, plus the costs and disbursements of this action in the amount of $445.00, amounting in all to $69,215.81.

Dated: New York, New York
       October    , 2007

                                                     _____
                                                          U.S.D.J.