UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                Plaintiff,

  - against -

AMC USA, INC.,

                Defendant.
------------------------------------------------------------X

07 CIV. 7853 (PKC)

STATEMENT

Principal Amount Sued For:

1. On the First Cause of Action..................................$3,262.00
    Interest at 6% from July 31, 2005
    through October 18, 2007.......................................$433.80

2. On the Second Cause of Action..............................$4,982.00
    Interest at 6% from November 26, 2005
    through October 18, 2007.......................................$565.90

3. On the Third Cause of Action.................................$4,230.00
    Interest at 6% from December 10, 2005
    through October 18, 2007.......................................$470.75

4. On the Fourth Cause of Action...............................$4,604.00
    Interest at 6% from March 6, 2006
    through October 18, 2007.......................................$446.52

5. On the Fifth Cause of Action..................................$4,714.00
    Interest at 6% from February 14, 2006
    through October 18, 2007.......................................$472.69

6. On the Sixth Cause of Action..................................$4,503.74
    Interest at 6% from February 14, 2006
    through October 18, 2007.......................................$451.61

7. On the Seventh Cause of Action.............................$1,695.00
    Interest at 6% from April 16, 2006
    through October 18, 2007.......................................$153.25

8. On the Eighth Cause of Action................................$2,825.00
    Interest at 6% from April 16, 2006
    through October 18, 2007.......................................$255.41

9. On the Ninth Cause of Action..................................$1,130.00
    Interest at 6% from April 23, 2006
    through October 18, 2007.......................................$100.68

10. On the Tenth Cause of Action ..................................$1,130.00
    Interest at 6% from April 23, 2006
    through October 18, 2007..................................................$100.68

11. On the Eleventh Cause of Action ............................$9,083.53
    Interest at 6% from April 3, 2006
    through October 18, 2007..................................................$840.66

12. On the Twelfth Cause of Action ..............................$2,260.00
    Interest at 6% from May 14, 2006
    through October 18, 2007..................................................$193.93

13. On the Thirteenth Cause of Action ..........................$4,184.00
    Interest at 6% from May 21, 2006
    through October 18, 2007..................................................$354.21

14. On the Fourteenth Cause of Action ........................$2,260.00
    Interest at 6% form May 21, 2006
    through October 18, 2007..................................................$191.33

15. On the Fifteenth Cause of Action ............................$2,825.00
    Interest at 6% from May 28, 2006
    through October 18, 2007..................................................$235.91

16. On the Sixteenth Cause of Action ............................$9,067.00
    Interest at 6% from June 3, 2006
    through October 18, 2007..................................................$748.21

**Disbursements:**

Clerk's Fee .................. $350.00
Process Server ........... $ 95.00

Total (as of October 18, 2007)..............................$69,215.81

Dated: New York, New York
       October 18, 2007

                                    LAW OFFICES OF
                                    ALBERT J. AVALLONE & ASSOCIATES

                                    By_____
                                       Albert J. Avallone - AA1679
                                       Attorneys for Plaintiff
                                       MAERSK LINE
                                       551 Fifth Avenue, Suite 1625
                                       New York, NY  10176
                                       (212) 696-1760