5-638511
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAERSK LINE,

                              Plaintiff,                07 CIV. 7853 (PKC)

      - against -                                CLERK CERTIFICATE

AMC USA, INC.,

                              Defendant.
------------------------------------------------------------X

        I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on September 6, 2007, and that defendant AMC USA, INC. was personally served with copies of the Summons and Complaint on September 14, 2007 by personal service on Matthew Rosolew, Managing Agent. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
          October 18, 2007

                                                *J. Michael McMahon*
                                                Clerk