UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Maersk Line,

                Plaintiff,

    -against-

AMC USA, Inc.

                Defendant.
------------------------------------------------------------x

: Index No. 07 Civ. 07853 (PKC)

: STIPULATION VACATING
: DEFAULT JUDGMENT AND
: DISCONTINUING ACTION
: **WITH PREJUDICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties herein that the default judgment entered on October 8, 2007 against Defendant AMC USA, Inc. in the amount of $62,755.27 be vacated and that the above-captioned action be and the same is discontinued with prejudice and without costs.

Dated: New York, New York
       March __, 2008

ALBERT J. AVALLONE & ASSOCIATES
By: _____
    Alberto. Avallone (AA1679)

551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

*Attorneys for Plaintiff*

Dated: Brooklyn, New York
       March _4_, 2008

BEDELL & FORMAN LLP
By: _____
    Michael A. Bedell (MAB 9736)

44 Wall Street, 12th Floor
New York, NY 10005
(212) 461-2143

*Attorneys for Defendant*

SO ORDERED:
_____
Hon. P. Kevin Castel
United States District Judge

3-25-08

1